JAMES FRASER
v.
JAMES MAY

1811

JOURNAL ENTRIES

1. Declaration filed; plea; issue; continuance . . *Journal, infra,* \*p. 359

PAPERS IN FILE

1. Statement of accounts (1802–1803) . . . . . . . . .
2. Statement of accounts (1804–1810) . . . . . . . . .